**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

October 22, 2024

Derrick B. Farrell
Matthew L. Miller
Robert B. Lackey
Bleichmar Fonti & Auld LLP
3411 Silverside Road
Baynard Building, Suite 104
Wilmington, DE 19810

Christine M. Mackintosh
Casimir O. Szustak
Grant & Eisenhoffer P.A.
123 Justison Street
Wilmington, DE 19810

Ned C. Weinberger
Michael C. Wagner
Labaton Keller Sucharow LLP
222 Delaware Avenue, Suite 1510
Wilmington, DE 19801

Craig J. Springer
Andrews & Springer LLC
4001 Kennett Pike, #250
Wilmington, DE 19807

Raymond J. DiCamillo
Robert L. Burns
Matthew W. Murphy
Nicholas F. Mastria
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

A. Thompson Bayliss
E. Wade Houston
Bryan M. Blaylock
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

S. Mark Hurd
Emily C. Friedman
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Rolin P. Bissell
Alberto E. Chávez
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Re:  *Anchorage Police & Fire Retirement System et al. v. Rudy Adolf et al.*, C.A. No. 2024-0354-KSJM

Dear Counsel:

There is a hearing in this action scheduled for tomorrow at 1:30 p.m. Because

the members of the court share court rooms, court reporters, and other critical

resources, and because I have other meetings and matters to attend to, the hearing will end no later than 3:00 p.m.

As you all know, this is how our court schedules hearings—in 90-minute blocks. If a party needs more than 90 minutes to present a motion, it is incumbent on that party to request more time through a motion or letter on the docket filed in advance of the hearing. My assistant, Linda Rizzo, relayed this information to the thorough person who called her three times to confirm it. During the third communication, the caller questioned whether I was actually busy given that no other hearings appeared on the court docket after the 1:30 p.m. hearing. Generally speaking, litigants can trust that Ms. Rizzo has a better understanding than I do of where I must be and when. But this letter is to confirm what she said (three times): You have 90 minutes.

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Chancellor

cc:     All counsel of record (by *File & ServeXpress*)